AO 91 (Rev. 11/11) Criminal Complaint

FILED

AUG 21 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

United States of America
v.
LUIS SAUL PAEZ NIETO
a/k/a Jose Daniel Gonzales Tapia

*Defendant(s)*

Case No. 4:26MJ 353

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of at least in or about 2022 to present in the county of Grayson in the Eastern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. §§ 963, 959(a), and 960;<br>18 U.S.C. § 2339B;<br>18 U.S.C. § 1956(h);<br>18 U.S.C. § 3238 | conspiracy to manufacture and distribute cocaine, and manufacturing and distributing five kilograms or more of cocaine, a Schedule II controlled substance, intending, knowing, and with reasonable cause to believe that the controlled substance will be unlawfully imported into the United States; providing material support and resources to a designated foreign terrorist organization; money laundering conspiracy |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

JAMES BUTTERS Digitally signed by JAMES BUTTERS Date: 2026.08.20 16:13:30 -05'00'

*Complainant's signature*

James P. Butters, Special Agent, DEA

*Printed name and title*

Sworn to by telephone ~~before me and signed in my presence.~~

Date: 8-21-26

*Judge's signature*

City and state: Tyler, Texas

JOHN D. LOVE, U.S. MAGISTRATE JUDGE

*Printed name and title*